UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                          :
DARRYL FRASE,                             :
                                          :      CASE NO. 5:13-CV-02690
                Plaintiff,                :
                                          :
v.                                        :      OPINION & ORDER
                                          :      [Resolving Docs. 1, 16]
COMMISSIONER OF SOCIAL                    :
SECURITY ADMINISTRATION,                  :
                                          :
                                          :
                Defendant.                :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

        On December 1, 2014, Magistrate Judge Kathleen B. Burke recommended that the Court

affirm the Commissioner of Social Security's denial of supplemental security income benefits and

disability insurance benefits to Plaintiff Darryl Frase.[1]  Frase has not filed any objection to the

Report and Recommendation.

        The Federal Magistrates Act requires a district court to conduct a *de novo* review only of

those portions of a Report and Recommendation to which the parties have made an objection.[2]

Parties must file any objections to a Report and Recommendation within fourteen days of service.[3]

Failure to object within that time waives a party's right to appeal the Magistrate Judge's

recommendation.[4]  Absent objection, a district court may adopt the Magistrate Judge's report

---

[1] Doc. 16.

[2] 28 U.S.C. § 636(b)(1).

[3] *Id.*; N.D. Ohio L.R. 72.3(b).

[4] N.D. Ohio L.R. 72.3(b); *see Thomas v. Arn*, 474 U.S. 140, 145–46 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 5:13-CV-02690
Gwin, J.

without review.[5]   Moreover, having conducted its own review of the complaint,[6] record,[7] and

briefing,[8] the Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** Magistrate Judge Burke's findings of fact and conclusions

of law and incorporates them fully herein by reference.  The Court **AFFIRMS** the Commissioner's

decision.

IT IS SO ORDERED.


Dated: February 25, 2015                                                s/       *James S. Gwin*
                                                                            JAMES S. GWIN
                                                                            UNITED STATES DISTRICT JUDGE

---

[5]/*Thomas*, 474 U.S. at 149.

[6]/Doc. 1.

[7]/Doc. 13.

[8]/Docs. 14 (Plaintiff Frase's briefing); Doc. 15 (Commissioner's briefing).